### UNITED STATES of America, Plaintiff-Appellee,

v.

### Jose Gonzalez ARIAS, a.k.a. Cesar Castro Favela, Defendant-Appellant.

### No. 16-10021

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jill M. Thomas, Assistant U.S. Attorney, Richard J. Bender, Assistant U.S. Attorney, Jason Hitt, Justin Lee, Assistant U.S. Attorney, USSAC—Office of the US Attorney, Sacramento, CA, for Plaintiff-Appellee

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Jose Gonzalez Arias appeals from the district court's amended judgment and challenges the 120-month concurrent sentences imposed on remand following his jury-trial convictions for conspiracy to distribute and possess with intent to distribute narcotics, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846, and guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arias's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arias the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-